# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CORNELL ANDERSON<br>Plaintiff<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY,<br>Defendant. | Case No. 17-CV-01387 |

## MOTION TO WITHDRAW ETHAN E. WHITE AS COUNSEL

Plaintiff, Cornell Anderson, by and through his undersigned counsel, respectfully moves to withdraw the appearance of Ethan E. White as an attorney of record in this matter:

1. Ethan E. White is currently listed as an attorney of record in this matter.

2. Mr. White will be leaving LeonardMeyer LLP effective April 6, 2018 and joining another law firm.

3. Michael I. Leonard will continue to represent Plaintiff as lead counsel in this matter.

4. The parties will suffer no prejudice from the relief requested.

**WHEREFORE**, Plaintiff respectfully requests that this Court withdraw the appearance of Ethan E. White in this matter.

Dated: April 2, 2018           By: /s/ Ethan E. White

**LEONARDMEYER LLP**
Michael I. Leonard
Ethan E. White
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312) 380-6559 (direct)
mleonard@leonardmeyerllp.com

ewhite@leonardmeyerllp.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I caused to be served the foregoing document by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on April 2, 2018.

Dated: April 2, 2018                                                            By: /s/ Ethan E. White

**LEONARDMEYER LLP**
Michael I. Leonard
Ethan E. White
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312) 380-6559 (direct)
mleonard@leonardmeyerllp.com
ewhite@leonardmeyerllp.com